IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                        Crim. No. 18-3413 KG

DAIN JUSTIN ADAMS,

    Defendant.

## ORDER

This matter comes before the Court *sua sponte*. In the United States' response to Defendant's Motion for Production of Alleged Co-Conspirator's Statements and for Pre-Trial Hearing on Their Admissibility, (Doc. 117), the United States submitted a USB attachment with a "full transcript of chats between Adams and Laurezo that took place between June 8, 2017, and June 26, 2018." (Doc. 125) at 5-6. The United States explained it "does not intend to introduce the entire chat sequence under Rule 801(d)(2)(E)," and that "[p]rior to the *James* hearing, the United States will provide defense counsel with a more detailed summary of the chats that it will furnish to the Court at hearing." *Id.* at 6. The Court will consider the admissibility of the alleged co-conspirator's statements pursuant to *United States v. James*, 590 F.2d 575 (5th Cir. 1979), at the pre-trial conference set for Thursday, January 9, 2020, at 9:30 a.m.

IT IS HEREBY ORDERED that the United States shall file by 5:00 p.m., Tuesday, January 7, 2020, a detailed list of the alleged co-conspirator's statements it intends to introduce at trial.

                                                                            UNITED STATES DISTRICT JUDGE